UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re

    Brian D. Jensen                                   Chapter 7
        Debtor                                     Case No. 09-13564-MWV

    John P. Fitzgerald, III, Acting United States Trustee
        Plaintiff

    v.                                                  Adv. Proc. No. 10-1018-MWV

    Brian D. Jensen
        Defendant
_____
    Olga L. Bogdanov, Chapter 7 Trustee

## ORDER

     This cause coming on for hearing on the Plaintiff's Motion for Entry of Default Judgment Against Defendant Brian D. Jensen, due written notice of the hearing on the Motion having been given to all parties entitled thereto; the Court having previously found the Defendant in default,

     IT IS HEREBY ORDERED that the Motion is granted. The Defendant, Brian D. Jensen, is denied a discharge under 11 U.S.C. §§727(a)(3) and Section 727(a)(4).

    DONE and ORDERED.

September 14, 2010                  /s/ Mark W. Vaughn
                                       The Honorable Mark W. Vaughn
                                       Chief United States Bankruptcy Judge